UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

    v.        Case No. 03CR20039-002

HONG TRANH PHAN                                                       DEFENDANT

## REPORT AND RECOMMENDATION

Defendant Hong T. Phan's letter motion for an attorney to assist her with her appeal was referred to me. (Doc. 158). The docket sheet reflects that Phan's conviction and sentence was affirmed by the Eighth Circuit Court of Appeals earlier this year. Phan has no ongoing appeal and I recommend that her motion be denied.

PHAN HAS 10 DAYS TO OBJECT. FAILURE TO OBJECT MAY WAIVE ANY OBJECTIONS.

DATED THIS 12TH DAY OF OCTOBER, 2005.

                                            /s/ Beverly Stites Jones
                                            U.S. Magistrate Judge