IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

    v.                         No. 03CR20039-002

HONG TRANH PHAN                                                      DEFENDANT

### **ORDER**

Now on this 28th day of October 2005, there comes on for consideration the report and recommendation filed herein on October 12,2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 160). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion for an attorney to assist with her appeal (Doc. 158) is DENIED.

IT IS SO ORDERED.

                                                        Robert T. Dawson
                                                        Honorable Robert T. Dawson
                                                        United States District Judge