IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                Civil No. 06-2046
                  Criminal No. 03CR20039-002

HONG TRANH PHAN                                             DEFENDANT

## **ORDER**

Now on this 8th day of August 2006, there comes on for consideration the report and recommendation filed herein on July 6, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 193). Defendant filed written objections to the report and recommendation.[1] (Docs. 195-196).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's 28 U.S.C. § 2255 motion (Doc. 185) is DENIED.

IT IS SO ORDERED.

                                              Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

---

[1] Document #195 filed by Defendant on July 21, 2006, is entitled Notice of Motion Petitioner General Traverse to Government Brief in Support of Response to Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, Filed in this Honorable Court on April 20, 2006. After reviewing the document, the Court has construed the pleading as objections to the instant report and recommendation that recommends the denial of Defendant's 28 U.S.C. § 2255 motion.